APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUANITA FAYE THOMAS :
:
V. : Civil Action
WYETH PHARMACEUTICALS, INC., : No: 12-20006
et al. :

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____,
in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Wyeth LLC
, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Wyeth LLC is a wholly-owned subsidiary of Pfizer Inc. Pfizer Inc is a publicly held corporation and has no known beneficial owners of ten percent (10%) or more of its common stock.

June 20, 2012                          /s/ Raymond M. Williams
  Date                                      Signature

Counsel for:  Wyeth LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)   Who Must File; Contents. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)   identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

        (2)   states that there is no such corporation.

    (b)   Time To File; Supplemental Filing. A party must:
        (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)   promptly file a supplemental statement if any required information changes.

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUANITA FAYE THOMAS  :
  :
        V.  :        Civil Action No: 12-20006
WYETH PHARMACEUTICALS, INC.,  :
et al.  :

## DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, Wyeth LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Wyeth LLC is a wholly-owned subsidiary of Pfizer Inc. Pfizer Inc is a publicly held corporation and has no known beneficial owners of ten percent (10%) or more of its common stock.

June 20, 2012                          /s/ Raymond M. Williams
        Date                                      Signature

                    Counsel for:   Wyeth LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.