UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (Phentermine/Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: JUANITA FAYE THOMAS, Plaintiff, v. WYETH PHARMACEUTICALS, INC.; AMERICAN HOME PRODUCTS; WYETH-AYERST PHARMACEUTICALS, INC.; WYETH-AYERST INTERNATIONAL, INC.; WYETH-AYERST LABORATORIES, A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; WYETH, LLC, f/k/a AMERICAN HOME PRODUCTS CORPORATION; WYETH f/k/a AMERICAN HOME PRODUCTS CORPORATION; PFIZER, INC.; and INDEVUS PHARMACEUTICALS, INC., Defendants. | CIVIL ACTION NO. 2:12-cv-20006 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Monique Myatt Galloway as co-counsel on behalf of Defendants Wyeth LLC[1], Wyeth Pharmaceuticals Inc.,[2] Wyeth-Ayerst International Inc. and

---

[1] On June 30, 2001, Wyeth-Ayerst Laboratories Company merged into AHP Subsidiary Holding Corporation. On March 11, 2002, American Home Products Corporation ("AHPC") changed its name to Wyeth. On January 31, 2007, AHP Subsidiary Holding Corporation merged into Wyeth. On November 9, 2009, Wyeth

1

Pfizer Inc in the above-captioned matter.

        /s/ Monique Myatt Galloway
        Monique Myatt Galloway, Esq.
        DLA Piper LLP (US)
        One Liberty Place
        1650 Market Street, Suite 4900
        Philadelphia, PA 19103
        Phone: (215) 656-3300
        Fax: (215) 656-3301
        Email: monique.galloway@dlapiper.com

        Attorney for Wyeth LLC,
        Wyeth Pharmaceuticals Inc., Wyeth-Ayerst
        International Inc. and Pfizer Inc

Dated: June 22, 2012

---

converted from a Delaware corporation to a Delaware limited liability company and is now known as Wyeth LLC. Wyeth Pharmaceuticals Division of Wyeth (formally known as Wyeth-Ayerst Laboratories Division of American Home Products Corporation) is an unincorporated division of Wyeth LLC and, therefore, is not amenable to suit.

[2]     On January 1, 1999, Wyeth Laboratories Inc., merged into Ayerst Laboratories, Inc. The surviving company was Ayerst Laboratories, Inc., the name of which was changed to Wyeth-Ayerst Pharmaceuticals Inc. On March 22, 2002, the name of Wyeth-Ayerst Pharmaceuticals Inc. changed to Wyeth Pharmaceuticals Inc. On March 11, 2002, when American Home Products Corporation changed its name to Wyeth, its unincorporated division, Wyeth-Ayerst Laboratories Division changed its name to Wyeth Pharmaceuticals. Because it is an unincorporated division of Wyeth, it is not amenable to suit.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Entry of Appearance has been filed electronically on the 22nd of June, 2012 and is available for viewing and downloading from the Electronic Case Filing system of the United States District Court for the Eastern District of Pennsylvania.

/s/ Monique Myatt Galloway
Monique Myatt Galloway