IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: JUANITA FAY THOMAS v. WYETH PHARMACEUTICALS, INC., et al. | CIVIL ACTION NO. 12-20006 |

PRETRIAL ORDER NO. 8948

AND NOW, this 5th day of October, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff to remand this action to the Court of Common Pleas of Philadelphia County (Doc. #10) is GRANTED.

BY THE COURT:

_Harvey Bartle_ J.